# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.                                      Case No. 13-14644

INSTINCT BAR & GRILL, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

On March 18, 2014, the court ordered Plaintiff to show cause, in writing, by March 28, 2014, why the case should not be dismissed for failure to prosecute pursuant to Eastern District of Michigan Local Rule 41.2.  The local rule provides that if the parties have not taken action within a reasonable time, the court may enter an order dismissing the case for lack of prosecution.  *See* E.D. Mich. LR 41.2.  To date, Plaintiff has not responded.  Accordingly,

IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated:  March 31, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 31, 2014, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522